En el asunto del CUMPLIMIENTO DE REQUISITOS DE ADMISIÓN AL EJERCICIO NOTARIAL.

*Número:* ——— *Resuelto:* 3 de diciembre de 1980

PER CURIAM: Se nos plantea la admisión al ejercicio notarial de un abogado que es ciego.

Según la Ley Núm. 99 de 27 de junio de 1956 —denominada Ley Notarial, 4 L.P.R.A. sec. 1001 *et seq.*— la función medular del notario es *"dar fe y autenticidad,* conforme a las leyes, a los contratos y demás actos extrajudiciales que *ante su presencia se realicen".* (Énfasis nuestro.) En el ámbito operacional, ello es el resultado neto del notario, viendo y

---

([5]) Art. 1.002. Declaración de Propósitos.

oyendo —*visu et audit*— acata fiel e integralmente los requisitos de la ley notarial referentes a comparecencias, exposición, estipulaciones, otorgamientos y autorización:

Ante este autor, [el notario], auténticamente establecido por el documento mismo, tiene lugar el "hecho que motiva su otorgamiento", al que se reconducen, en unidad de acto, una serie de hechos (presencias, lugar, capacidad natural, libertad física, actos de exhibición, de ofrecimiento y entrega, declaraciones en su realidad fáctica, lectura, firmas, etcétera) que, percibidos directamente por el Notario, quedan también cubiertos por la fe pública. Rodríguez Adrados, *Formación del Instrumento Público*, Rev. Der. Not., T. 97–98, pág. 259 (1977).

Por razón de las características, elementos y naturaleza del poder autenticador, la función y labor del notario ha de ser personal y ante su presencia. No es delegable ni transferible a ninguna otra persona.

*En virtud de lo expuesto, no se autorizará solicitud alguna sobre admisión al ejercicio de la notaría, que no cumpla con el requisito apuntado.*